IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

**EXPEDITED PARTNERS, LLC**

    Plaintiff,

v.

**AIM BRANDS, LLC, MARCUS GIBBS, and CHRISTOPHER NOWLIN,**

    Defendants.

Case No. 5:22-cv-05207-TLB

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Plaintiff Expedited Partners, LLC. ("Expedited" or "Plaintiff") voluntarily dismisses this cause of action pursuant to Federal Rule of Civil Procedure 41(a)(1((A)(i) based upon documents produced by and representations made by Defendants in their submissions to the Court and evidencing the lack of subject matter jurisdiction. This dismissal is without prejudice.

DATED: July 10, 2023                                    Respectfully submitted,

                    Scott Poynter, AR Bar No. 90077
                    scott@poynterlawgroup.com
                    Daniel Holland, AR Bar No. 2019237
                    daniel@poynterlawgroup.com
                    **POYNTER LAW GROUP**
                    407 President Clinton Ave., Suite 201
                    Little Rock, AR 72201
                    (501) 812-3943

## **CERTIFICATE OF SERVICE**

I certify that on this 10th day of July, 2023, that the foregoing was electronically filed with the Court's electronic filing system, which will automatically serve same upon all Counsel of Record.

*/s/ Scott Poynter*

Scott Poynter